Acknowledged:
Date: 9/17/2015

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN DANIEL,              )<br>                                         )<br>            Plaintiff        )<br>                                         )<br>    v.                              )    Civil Action No. 1:14-cv-0871 SEB-DKL<br>                                         )<br>AT&T SERVICES, INC.,     )<br>                                         )<br>            Defendant.    ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Steven Daniel, and Defendant, AT&T Services, Inc., by their respective counsel, hereby stipulate to dismiss all claims Plaintiff asserted against Defendants in this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear his or its own costs and attorneys' fees.

*/s/ Michael S. Dalrymple (per email consent)*
Michael S. Dalrymple
1847 Broad Ripple Avenue, Suite 1A
Indianapolis, IN  46220
michaeld@dalrymple-law.com

*Attorney for Plaintiff*

*/s/ Dorothy Diane Parson*
Danuta Bembenista Panich, Attorney No. 27497-49
Dorothy Diane Parson, Attorney No. 24266-49
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*danuta.panich@ogletreedeakins.com*
*dorothy.parson@ogletreedeakins.com*

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system.  Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Michael S. Dalrymple
michaeld@dalrymple-law.com


s/ *Dorothy D. Parson*


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:    317.916.9076

22350956.1